IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

REY DAVID VARGAS and
RICHARD WAYNE BIESTER,

  Petitioners,

vs.

JAMES L. LANIER, Warden, Wayne
State Prison; MILTON E. NIX, Chairman,
State Board of Pardons and Paroles,
and JAMES E. DONALD, Commissioner,

  Respondents.

CIVIL ACTION NO.: CV206-081

### ORDER

Rey David Vargas and Richard Wayne Biester have jointly filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The $5.00 filing fee was paid by Petitioner Vargas. Richard Wayne Biester has paid no filing fee. Accordingly, his claim are **dismissed** without prejudice. If Biester desires to pursue these claims, he must submit a separate petition and pay the filing fee.

**SO ORDERED**, this 3 day of May, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)