IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

REY DAVID VARGAS and
RICHARD WAYNE BIESTER,

   Petitioners,

vs.

JAMES L. LANIER, Warden, Wayne
State Prison; MILTON E. NIX, Chairman,
State Board of Pardons and Paroles,
and JAMES E. DONALD, Commissioner,

   Respondents.

CIVIL ACTION NO.: CV206-081

## ORDER

Petitioners have filed a Motion for Leave of Court to Conduct Discovery in this action for habeas relief filed pursuant to 28 U.S.C. § 2241. After consideration, Petitioners' Motion is **DENIED**.

**SO ORDERED**, this 13th day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE