IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV 16  P 5: 25

CLERK
SO. DIST. OF GA.

REY DAVID VARGAS and
RICHARD WAYNE BIESTER,

   Petitioners,

vs.

JAMES L. LANIER, Warden, Wayne
State Prison; MILTON E. NIX, Chairman,
State Board of Pardons and Paroles,
and JAMES E. DONALD, Commissioner,

   Respondents.

CIVIL ACTION NO.: CV206-081

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. <u>Nettles v. Wainwright</u>, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the ___4th___ day of ___December___, 2006.

**SO ORDERED**, this ___16th___ day of November, 2006.

            JAMES E. GRAHAM
            UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)