IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| REY DAVID VARGAS and<br>RICHARD WAYNE BIESTER,<br><br>　　　　　Petitioners,<br><br>　　vs.<br><br>JAMES L. LANIER, Warden, Wayne<br>State Prison; MILTON E. NIX, Chairman,<br>State Board of Pardons and Paroles,<br>and JAMES E. DONALD, Commissioner,<br><br>　　　　　Respondents. | CIVIL ACTION NO.: CV206-081 |

## ORDER

Petitioners, inmates at Wayne State Prison in Odum, Georgia, have filed a "Motion for Certificate of Appealability." Petitioners seek to appeal the dismissal of their petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. As a Certificate of Appealability is not required in an appeal of a § 2241 petition, Petitioners' motion is **dismissed**.

SO ORDERED, this 31st day of January, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)